Manchester, }
Feb. 1, 1921. }

### AGEREAS KOUTSABELIS v. CHARLES PAPPAS.

A police court may authorize the plaintiff to reduce his *ad damnum* below one hundred dollars where justice so requires; and thereupon a motion for an immediate transfer to the superior court under Laws 1915, c. 30, s. 5, may be properly denied.

Money lost by gambling may be recovered in assumpsit under P. S., c. 270, s. 17.

ASSUMPSIT, to recover money lost by gambling. Trial by the court. Verdict for the plaintiff. The court permitted the plaintiff to reduce his *ad damnum* from two hundred to ninety-nine dollars, and denied the defendant's motion for an immediate transfer of the case to the superior court. Transferred from the municipal court of Manchester by *Perkins*, J., on the defendant's exception to these rulings and the denial of his motion for a directed verdict.

*Bois & Hurley* and *Arthur B. Hayden*, for the plaintiff.

*James A. Broderick*, for the defendant.

YOUNG, J. It cannot be said that the court erred when it permitted the plaintiff to reduce his *ad damnum*, for the test to decide that question is to inquire as to what justice requires. This disposes of the defendant's exception to the denial of his motion for an immediate transfer of the case to the superior court. Laws 1915, c. 30, s. 5. Just what question is intended to be raised by defendant's exception to the denial of his motion for a directed verdict and to the admission of plaintiff's testimony that he made a bet of seventy dollars with the defendant on a wrestling match is not

clear; for P. S., *c.* 270, *s.* 17, provides that money lost by gambling may be recovered in an action of assumpsit.

*Exceptions overruled.*

All concurred.